**Conray CARROLL, Appellant,**

v.

**Mike HUCKABEE, Governor of Arkansas; Leroy Brownlee, Chairman, Post Prison Transfer Board; Tamika Hrobowski, Prosecuting Attorney; Terry Cass, Parole Administrator, Post Prison Transfer Board, Appellees.**

No. 01–1560.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 24, 2001.

Before BOWMAN, LOKEN, and HANSEN, Circuit Judges.

## PER CURIAM.

Arkansas inmate Conray Carroll appeals from the district court's[1] 28 U.S.C. § 1915A dismissal without prejudice of his 42 U.S.C. § 1983 complaint.  Having carefully reviewed the record and appellant's brief, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (de novo review), we agree with the district court that, for the reasons the court explained, the complaint failed to state a claim upon which relief may be granted and sought monetary relief from a defendant who is immune.

Accordingly, we affirm the judgment of the district court.  *See* 8th Cir. R. 47B. We deny all pending motions.

---

1.  The Honorable Michael J. Melloy, United States District Judge for the Northern District of Iowa.

1.  The Honorable William R. Wilson, United States District Judge for the Eastern District of Arkansas.